JOHNSON SERVICE COMPANY, Appellant, *v.* THE CITY OF NEW YORK et al., Defendants, and GEORGE HILDEBRAND et al., Respondents.

*Johnson Service Co.* v. *Hildebrand,* 149 App. Div. 680, affirmed.
(Argued January 20, 1914; decided February 3, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1912, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a mechanic's lien.

*J. Power Donellan* for appellant.

*M. Carl Levine* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.